IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

## MINUTES

| | |
|---|---|
| PLAINTIFF: JERRY TOLER, ET AL | JUDGE: Robert T. Dawson, U. S. District Judge |
| ATTY: NICK WOOTEN. JOEL HARGIS  ANNABELLE LEE PATTERSON | REPORTER: JUDY AMMONS |
| | CLERK: Sallie Hicks |
| DEFENDANT: EXPERIAN INFORMATION SYSTEM | CASE NO. 12-6032 |
| | INTERPRETER: |
| ATTY: JOSH FUCHS, WILL TAYLOR  TANYA SPAVINS | DATE: November 18, 2014 |

ACTION: CIVIL JURY TRIAL

| TIME | MINUTES |
|---|---|
| 9:10 am | SESSION |
| | VOIR DIRE AND JURY SELECTION AND SWORN WITH (8) JURORS SEATED. |
| | OPENING STATEMENTS OF COUNSEL |
| 11:45 am | RECESS FOR LUNCH UNTIL 1:00 PM |
| 1:10 pm | SESSION WITHOUT JURY PRESENT RE STIPULATIONS |
| 1:25 pm | SESSION with Jury present |
| | Witnesses called and sworn- Plaintiff |
| 1:30 pm | W-1 Terry Toler    Admitted Exhs-84,86,110,112,113,118,133,134,135,139,140,141,142,161,160,179,181 except |
| | 187 that was tendered and refused by the Court. |
| 2:35 pm | RECESS |
| 2:50 pm | SESSION |
| | Stipulation re phone conversations Exhibits 181,183,188,199,201,207,218,226,230,236,240,242,250,265,288,296, |
| | 297,307,313,373,220 |
| | Exhibits continued that are received by Court-Plaintiffs-377,204,205,251,295,301,324,328,330-page 8 only-340,347, |
| | 354,360-sub-parts A-F only,377, |
| | Cross examination by defendant of Witness 1-Terry Toler |
| | EXPERIAN Exhibits admitted-44,10 |
| 4:50 am | RECESS for the jury until 9:00 am tomorrow |

CASE NO. 12-6032  DATE: November 18, 2014

| TIME | MINUTES |
|---|---|
|  | COURT remains in session |
|  |  |
| 5:00 pm | RECESS |