US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 21 2014

CHRIS R. JOHNSON, Clerk
By
       Deputy Clerk

INTERROGATORY NO. 1:

DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT EXPERIAN FAILED TO FOLLOW REASONABLE PROCEDURES AND/OR FAILED TO CONDUCT A REASONABLE REINVESTIGATION AS SET FORTH IN INSTRUCTION NOS. 11 AND 12 WHICH WAS A PROXIMATE CAUSE OF ANY DAMAGES SUSTAINED BY TERRY TOLER?

_____ YES

\_\_✓\_\_\_\_ NO

If your answer to Interrogatory No. 1 is "YES", please proceed to Interrogatory No. 2. If your answer to Interrogatory No. 1 is "NO", please proceed to Interrogatory No. 3.

11/21/2014
(Date)

INTERROGATORY NO. 2:

STATE THE AMOUNT OF ANY DAMAGES AS SET FORTH IN INSTRUCTION NO. 15 THAT YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE WERE SUSTAINED BY TERRY TOLER AS A RESULT OF THE NEGLIGENCE OF EXPERIAN.

Answer: $ _____

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 2 1 2014

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

11/21/2014

(Date)

Case 6:12-cv-06032-RTD   Document 265   Filed 11/24/14   Page 3 of 4 PageID #: 7187

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 21 2014

CHRIS R. JOHNSON, Clerk
By ____ Deputy Clerk

INTERROGATORY NO. 3:

DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT EXPERIAN FAILED TO FOLLOW REASONABLE PROCEDURES AND/OR FAILED TO CONDUCT A REASONABLE REINVESTIGATION AS SET FORTH IN INSTRUCTION NOS. 11 AND 12 WHICH WAS A PROXIMATE CAUSE OF ANY DAMAGES SUSTAINED BY DONNA TOLER?



_____ YES

___✓___ NO

If your answer to Interrogatory No. 3 is "YES", please proceed to Interrogatory No. 4.  If your answer to Interrogatory No. 3 is "NO", please have your foreperson sign and date this form and return to the courtroom, because you have completed your deliberations.

___11/21/2014___
(Date)

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 2 1 2014

CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

INTERROGATORY NO. 4:

STATE THE AMOUNT OF ANY DAMAGES AS SET FORTH IN INSTRUCTION NO. 15 THAT YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE WERE SUSTAINED BY DONNA TOLER AS A RESULT OF THE NEGLIGENCE OF EXPERIAN.

Answer: $ _____

11/21/2014
_____
(Date)