```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      HOT SPRINGS DIVISION


TERRY and DONNA TOLER                                    PLAINTIFFS


     v.              Civ. No. 12-6032


EXPERIAN INFORMATION SOLUTIONS, INC.                     DEFENDANT
```

### JUDGMENT

On the 18th day of November, 2014, this matter came on for trial to a duly selected jury consisting of eight members, the Honorable Robert T. Dawson presiding. The trial continued until November 21, 2014, when the case was submitted to the jury on interrogatories and a unanimous verdict was reached as follows:

INTERROGATORY NO. 1:

DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT EXPERIAN FAILED TO FOLLOW REASONABLE PROCEDURES AND/OR FAILED TO CONDUCT A REASONABLE REINVESTIGATION AS SET FORTH IN INSTRUCTION NOS. 11 AND 12 WHICH WAS A PROXIMATE CAUSE OF ANY DAMAGES SUSTAINED BY TERRY TOLER?

_____   YES

___√____   NO

INTERROGATORY NO. 3:

DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT EXPERIAN FAILED TO FOLLOW REASONABLE PROCEDURES AND/OR FAILED TO CONDUCT A REASONABLE REINVESTIGATION AS SET FORTH IN INSTRUCTION NOS. 11 AND

12 WHICH WAS A PROXIMATE CAUSE OF ANY DAMAGES SUSTAINED BY DONNA TOLER?

_____    YES

\_\_\_√\_\_\_    NO

Based upon the answers to Interrogatory Nos. 1 and 3, the jury was instructed to disregard the remaining interrogatories.

IT IS ORDERED AND ADJUDGED in accordance with the answer to the above interrogatories and jury verdict, that Plaintiffs take nothing on their complaint filed herein and the matter is DISMISSED WITH PREJUDICE. All parties are to bear their respective costs and attorney's fees.

Dated this 24th day of November 2014.

/s/Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge