IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TERRY D. TOLER,
DONNA R. TOLER,
SUCCESS DYNAMICS, INC.
d/b/a ALL PRO CLASSICS; and
MARKETPLACE DEVELOPMENT
CORPORATION                                                                PLAINTIFFS

v.                                     No. 12-6032

PHH MORTGAGE CORPORATION,
EXPERIAN INFORMATION
SOLUTIONS, INC., AND FEDERAL
NATIONAL MORTGAGE
ASSOCIATION                                                                DEFENDANTS

## AGREED ORDER

Pending before the Court is a joint motion filed by plaintiffs Terry D. Toler, Donna R. Toler, Success Dynamics, Inc. d/b/a All Pro Classics, and Marketplace Development Corporation and defendants PHH Mortgage Corporation and Federal National Mortgage Association. For good cause shown, the motion is granted. All of Plaintiffs' claims against PHH Mortgage Corporation and Federal National Mortgage Association are hereby dismissed with prejudice, each party bearing its own fees and costs. The Court retains jurisdiction to enforcement the settlement agreement as between these parties.

IT IS SO ORDERED this 6th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO BY AND APPROVED AS TO FORM:

Geoffrey B. Treece (84146)
Joseph R. Falasco (2002163)
QUATTLEBAUM, GROOMS
 & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
gtreece@qgtlaw.com
jfalasco@qgtlaw.com

QUATTLEBAUM, GROOMS
 & TULL PLLC
4100 Corporate Center Drive, Suite 310
Springdale, Arkansas 72762
Telephone: (479) 444-5200
Facsimile: (479) 444-6647
bcate@qgtlaw.com

By: _____
Brandon B. Cate (2001203)

*Attorneys for PHH Mortgage Corporation
and Federal National Mortgage Association*

Joel G. Hargis (2004007)
CRAWLEY DELOACHE HARGIS, PLLC
533 W. Washington Avenue
Jonesboro, Arkansas
Telephone: (870) 972-1127
Facsimile: (870) 972-1787
joel@crawleydeloache.com

Kathy A. Cruz (87079)
THE CRUZ LAW FIRM PLC
1325 Central Avenue
Hot Springs, Arkansas 71901
Telephone: (501) 624-3600
Facsimile: (501) 624-1150
kathycruzlaw@gmail.com

ANNABELLE LEE PATTERSON, PLC
646 Quapaw Avenue
Hot Springs, Arkansas 71901
Telephone: (501) 701-0027
Facsimile: (501) 559-3956
ab@apattersonlaw.com

Nicholas Heath Wooten (*pro hac vice*)
Nick Wooten, LLC
1702 Catherine Court
P.O. Box 3389
Auburn, Alabama 36831
Telephone: (334) 887-3000
nick@nickwooten.com

By: _____
Annabelle Lee Patterson (85204)

*Attorneys for Plaintiffs*

2